UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GARY CARDILE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 1:15-cv-00734 --- SKO<br><br>**ORDER REASSIGNING CASE**<br><br>Old Case Number: 1:15-cv-00734 --- SKO<br><br>**New Case Number: 1:15-cv-00734 --- JLT** |
|---|---|

　　　Due to the location of the parties, the Court has determined that this case should be reassigned to the docket of a different Magistrate Judge.

　　　The new case number shall be **1:15-cv-00734 --- JLT**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in documents being received by the correct judicial officer. The Initial Scheduling Conference currently set for 8/20/2015, before Magistrate Judge Sheila K. Oberto is VACATED and will be RESET before Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

　Dated: __**August 12, 2015**__　　　　　　　　　__**/s/ Sheila K. Oberto**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE