UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CARDILE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No.  1:15-CV-00734-AWI-JLT<br><br>**ORDER OF DISMISSAL** |

　　　On September 4, 2015, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1). No defendant answered or otherwise appeared.  Therefore, pursuant to Rule 41(a)(1), this case has automatically terminated. See Fed. R. Civ. Pro. 41(a)(1)(A)(i).

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's voluntary dismissal filed on September 4, 2015.

IT IS SO ORDERED.

Dated:   September 9, 2015                    _____
　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1